UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-01942-MEH

ROBERT JOHNSON,

    Plaintiff,

v.

TYLER SIMONSON, in his individual capacity;
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC., a Colorado nonprofit corporation; and
HSS INC., a Colorado corporation,

    Defendants.

## STIPULATED MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(c)

    This is a motion for a protective order pursuant to FED. R. CIV. P 26(c) filed by counsel for Defendant HSS, Inc. ("HSS"), Hall & Evans, L.L.C., after consultation with counsel for each of the other parties. Each party stipulates to this motion and has approved the proposed order. The basis for this motion is as follows:

    1.    The incident which is the subject matter of this case occurred on August 12, 2015, at St. Mary's Medical Center in Grand Junction, Colorado ("St. Mary's"). At the time, defendant HSS provided security services to St. Mary's pursuant to a contract entitled, Healthcare Security Services Agreement with the Sisters of Charity of Leavenworth Health System, Inc. ("the contract").

    2.    Section XII of the contract states that it is confidential and that other certain other materials must be maintained as confidential. Each page of the contract is designated as

"Confidential." HSS asserts that the contract and the identified documents are confidential and that should this information be revealed outside the scope of this litigation it could result in injury to HSS's privacy, business, or proprietary interests or to the interests of others, including St. Mary's.  No party objects; each stipulates to the proposed order.

3. Consistent with the Court's Minute Order (Doc. #37), a mechanism to resolve any disputes as to confidentiality appears in paragraph 3 of the proposed order.  An editable electronic version of the proposed order is being emailed to Magistrate Judge Hegarty's chambers as directed byte Court's Minute Order (Doc. #37).

Accordingly, defendant HSS, joined by the other parties, respectfully requests that pursuant to FED. R. CIV. P 26(c) the Court enter the attached Proposed Protective Order.

Dated this 15th day of December, 2017.

Respectfully Submitted:

*s/ Richard L. Murray, Jr.*
Richard L. Murray, Jr.
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
303-628-3300
Fax: 303-628-3368
Email: murrayr@hallevans.com
*Attorneys for Defendant HSS Inc.*

**STIPULATED AND AGREED TO:**

*s/ Eric M. Ziporin*  
Eric M. Ziporin  
Susan E. McNulty  
Senter Goldfarb & Rice, LLC  
3900 East Mexico Avenue, Suite 700  
Denver, CO 80210  
303-320-0509  
Fax: 303-320-0210  
Email: eziporin@sgrllc.com  
Email: smcnulty@sgrllc.com  
*Attorneys for Defendant Tyler Simonson*

*s/ E. Milo Schwab*  
E. Milo Schwab  
Schwab Legal, LLC  
1444 Blake Street  
Denver, CO 80202  
720-507-8215  
Fax: none on file  
Email: milo@schwablegal.com  

*Attorneys for Plaintiffs*

*s/ Catherine O'Brien Crum*  
Catherine O'Brien Crum  
Jessie M. Fischer  
Nixon Shefrin Hensen Ogburn, P.C.  
5619 DTC Parkway, Suite 1200  
Greenwood Village, CO 80111-3061  
303-773-3500  
Fax: 303-779-0740  
Email: CObrien@nixonshefrin.com  
Email: jfischer@nixonshefrin.com  
*Attorney for Defendant St. Mary's Hospital & Medical Center, Inc.*

*s/ Julian G.G. Wolfson*  
Julian G.G. Wolfson  
Law Office of Julian G.G. Wolfson, LLC  
1630 Welton Street, Suite 413  
Denver, CO 80202  
720-507-5133  
Fax: none on file  
Email: jwolfsonlaw@gmail.com

## **CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on the 15th day of December, 2017, I electronically filed the foregoing **MOTION FOR STIPULATED PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(c)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

*Attorneys for Plaintiff:*
Julian G.G. Wolfson
P. O. Box 13013
Denver, CO 80201
jwolfsonlaw@gmail.com

*Attorneys for Plaintiff:*
E. Milo Schwab
Schwab Legal, LLC
1444 Blake Street
Denver, CO 80202
Milo@schwablegal.com

*Attorneys for Defendant St. Mary's Hospital & Medical Center, Inc.*
Catherine O'Brien Crum
Jessie Marie Fischer
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111-3061
Cobrien@nixonshefrin.com
Jfischer@nixonshefrin.com

*Attorneys for Defendant Tyler Simonson*
Eric M. Ziporin
Susan E. McNulty
Senter Goldfarb & Rice, LLC
3900 E. Mexico Ave., Ste. 700
Denver, Colorado 80210
eziporin@sgrllc.com
smcnulty@sgrllc.com

                                                *s/ Tammi Huff*