**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-01942-WYD-MEH

ROBERT JOHNSON,

    Plaintiff,

v.

TYLER SIMONSON, in his individual capacity;
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC., a Colorado nonprofit corporation; and
HSS INC., a Colorado corporation,

    Defendants.

---

**SECOND *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSES TO DEFENDANT ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.'S FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF ROBERT JOHNSON**

---

Plaintiff Robert Johnson, by and through undersigned counsel, requests a one (1) week extension to respond to Defendant St. Mary's Hospital & Medical Center, Inc.'s First Set of Written Discovery to Plaintiff Robert Johnson.

**CONFERRAL**

Counsel for Plaintiff, Julian G.G. Wolfson, conferred with counsel for Defendant St. Mary's Hospital and Medical Center, Inc., Catherine O'Brien Crum, prior to filing this motion. Ms. O'Brien Crum indicated that her client does not oppose the relief requested herein.

**DISCUSSION**

1. Defendant St. Mary's Hospital and Medical Center, Inc. ("St. Mary's) served its First Set of Written Discovery to Plaintiff Robert Johnson ("Discovery Requests") on November 29, 2017.

2. On January 8, 2018, Plaintiff filed an Unopposed Motion For Extension of Time To

Submit Responses to Defendant St. Mary's Written Discovery Requests ("Motion for Extension"). [Doc. 45].

3. In this Motion for Extension, Plaintiff requested an extension to respond to Defendant St. Mary's Discovery Requests, up to an including January 12, 2018. [Doc. 45]. The Court has not yet ruled on this Motion for Extension.

4. On January 9, 2018, it was determined that co-counsel E. Milo Schwab of SCHWAB LEGAL, LLC would no longer be representing Plaintiff moving forward.

5. In light of this change in representation, counsel for Plaintiff seeks an extension for an additional one (1) week, up to and including January 19, 2018, to respond to Defendant St. Mary's Discovery Requests.

6. No parties will be prejudiced by the relief requested in this unopposed motion.

7. The request for extension comports with the requirements of D.C.COLO.LCivR 6.1(c) as it is being served contemporaneously by Plaintiff's counsel on his Client.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting him an extension of time to submit his responses to Defendant St. Mary's Discovery Requests, up to and including January 19, 2018.

Dated this 12th day of January, 2018.

*/s/Julian G.G. Wolfson*
LAW OFFICE OF JULIAN G.G. WOLFSON, LLC
1630 Welton Street #413
Denver, CO 80202
720-507-5133
jwolfsonlaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of January, 2018, I electronically filed a true and exact copy of the above and foregoing **SECOND *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSES TO DEFENDANT ST. MARY'S**

**HOSPITAL & MEDICAL CENTER, INC.'S FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF ROBERT JOHNSON** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals:

Catherine O'Brien Crum
Jessie M. Fischer
Nixon Shefrin Hensen Ogburn, PC
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 733-3500
cobrien@nixonshefrin.com
jfischer@nixonshefrin.com

*Counsel for Defendant St. Mary's Hospital & Medical Center, Inc.*

Eric Ziporin
Susan Elizabeth McNulty
Senter Goldfarb & Rice, LLC
3900 E Mexico Ave, Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com
smcnulty@sgrllc.com

*Counsel for Defendant Simonson*

Richard L. Murray
Hall and Evans, LLC
1001 Seventeenth Street
Suite 300
Denver, CO 80202
(303) 628-3300
murrayr@hallevans.com

*Counsel for Defendant HSS Inc.*

                                                              */s/Julian G.G. Wolfson*