IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01942-WYD-MEH

ROBERT JOHNSON,

    Plaintiff,

v.

TYLER SIMONSON, in his individual capacity,
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC., and
HSS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2018**.

    For good cause shown, the Joint Motion to Amend the Scheduling Order [filed March 15, 2018; ECF No. 61] is **granted**.  Paragraph 9 of the governing Scheduling Order is modified as follows:

| | | |
|---|---|---|
| b. | Discovery Cutoff: | August 29, 2018 |
| c. | Dispositive Motions deadline: | September 28, 2018 |
| d.3. | Initial Expert Designation: | June 15, 2018 |
| d.4. | Rebuttal Expert Designation: | July 16, 2018 |