IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01942-WYD-MEH

ROBERT JOHNSON,

    Plaintiff,

TYLER SIMONSON, in his individual capacity;
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC., a Colorado non-profit corporation; and
HSS INC., a Colorado corporation,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Undersigned counsel, as attorney of record for Plaintiff Robert Johnson, hereby submits his Motion to Withdraw as Counsel for Plaintiff and states the following in support.

### CONFERRAL

1. Counsel for Plaintiff conferred with counsel for Defendants prior to filing this motion. Counsel for Defendants indicated that they do not object to the relief sought herein.

### ARGUMENT

2. Under D.C.COLO.LAttyR5(b), an attorney who has filed an Entry of Appearance or who has otherwise appeared in a case "may seek to withdraw on motion showing good cause." *See also Schudel v. Miller*, 2013 U.S. Dist. LEXIS 105904, at *3 (D. Colo. July 29, 2013) ("Simply stated, the Court cannot compel an attorney to represent a litigant in a civil action").

3. The local rules further dictate that a motion to withdraw "must state the reasons for withdraw, *unless the statement would violate the rules of professional conduct.*" D.C.COLO.LAttyR5(b) (emphasis added); *see also Lawrence v. Sch. Dist. No. 1*, *In the*

*City & County of Denver*, 2014 U.S. Dist. LEXIS 170752, at *17 (D. Colo. Dec. 10, 2014).

4. Where an attorney cannot provide the reasons for his or her decision to withdraw, it is sufficient that the motion to withdraw simply contain a "statement to the effect that irreconcilable differences between [the client and the attorney] exist [as how to proceed with the litigation]." *See Lawrence*, 2014 U.S. Dist. LEXIS at *17.

5. In the instant case, the Colorado Rules of Professional Conduct prohibit counsel from fully disclosing the reasons why he seeks to withdraw. *See* D.C.COLO.LAttyR2(a) (explaining that the United States District Court for the District of Colorado has adopted the Colorado Rules of Professional Conduct).

6. Nevertheless, counsel represents to the Court that he is *obligated* to withdraw as counsel in light of the irreconcilable differences that exist between himself and Plaintiff, and pursuant to the obligations imposed on him by D.C.COLO.LAttyR2(b).

7. Upon filing this Motion, and in accordance with D.C.COLO.LAttyR5(b), counsel will provide notice to Plaintiff that he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

## CONCLUSION

8. Based on the foregoing arguments and representations, counsel for Plaintiff respectfully requests that the Court grant the relief requested in this Motion.

   Dated this 23rd day of May, 2018.

                                        */s/ Julian G.G. Wolfson*
                                        Julian G.G. Wolfson
                                        LAW OFFICE OF JULIAN G.G. WOLFSON, LLC
                                        1630 Welton Street #727
                                        Denver, CO 80202.
                                        720-507-5133

                                                jwolfsonlaw@gmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of May, 2018, the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** was filed with the Clerk of the Court using the CM/ECF system and served on the following individuals:

Richard L. Murray, Jr.
HALL & EVANS, L.L.C.
Murrayr@hallevans.com

*Attorney for Defendant HSS Inc.*

Eric M. Ziporin
Senter Goldfarb & Rice, LLC
Eziporin@sgrllc.com

*Attorney for Defendant Tyler Simonson*

Catherine O'Brien Crum
Nixon Shefrin Hensen Ogburn, P.C.
Cobrien@nixonshefrin.com

*Attorney for Defendant St. Mary's Hospital & Medical Center, Inc.*

                                            */s/ Julian G.G. Wolfson*