IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01942-WYD-MEH

ROBERT JOHNSON,

    Plaintiff,

v.

TYLER SIMONSON, in his individual capacity,
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC., and
HSS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2018**.

    Before the Court is a Motion to Withdraw as Counsel for Plaintiff filed by Julian G.G. Wolfson [ECF No. 66]. The Court will hold a hearing on this matter on **June 18, 2018 at 1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The Plaintiff and Plaintiff's counsel shall appear at the conference in person unless they demonstrate good cause to appear by telephone. Defense counsel may appear by telephone or in person. However, if more than one party or attorney is permitted to appear by telephone, they shall first teleconference together, then call my chambers at (303) 844-4507 at the appointed time.

    Plaintiff's counsel shall ensure that the Plaintiff receives a copy of this order as soon as possible and shall file a certificate of service demonstrating the means of delivery.

    If the conference date is not convenient, the parties shall confer and contact my Chambers to obtain an alternate date as follows. All parties must be present or copied if they wish to change the conference date by telephone or email; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).